# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY JOSEPH CASTILLO,<br><br>  Petitioner,<br><br>  v.<br><br>WILLIAM DUNCAN, Acting Warden,<br><br>  Respondent._____/ | CV F   04-6032 OWW DLB HC |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner filed the instant petition for writ of habeas corpus on July 29, 2004. Respondent filed an answer to the petition on November 24, 2004, and Petitioner filed a traverse on January 6, 2005. On October 6, 2005, the undersigned issued Findings and Recommendations recommending that the petition be denied on the merits. On October 7, 2005, an amended petition was submitted to this Court, which is lodged, not filed.

A petitioner may amend a petition for writ of habeas corpus once "as a matter of course," and without leave of Court, before a response has been filed under Federal Rule of Civil Procedure 15(a), as applied to habeas corpus actions pursuant to 28 U.S.C. § 2242 and Rule 11 of the Rules Governing Section 2254 Cases. Calderon v. United States District Court (Thomas), 144 F.3d 618, 620 (9th Cir. 1998); Bonn v. Calderon, 59 F.3d 815, 845 (9th Cir. 1995). Leave of Court is required for all other amendments. Rule Civ. P. 15(a). While the Court should freely

1  give leave to amend if justice requires, the Court may deny leave to amend if the amendment
2  would be futile or subject to dismissal.  Bonn, 59 F.3d at 845; Saul v. United States, 928 F.2d
3  829, 843 (9th Cir. 1991).
4     Petitioner did not seek and was not granted permission to file an amended petition.  The
5  Court cannot ascertain the purpose for the amendment as Petitioner merely submitted an
6  amended petition, without a formal motion requesting leave to amend and/or supplement.
7  Further, Petitioner does not indicate, and it is unclear, whether he seeks to file the instant petition
8  as an amended petition or as a supplement to the original petition.   Accordingly, the Court can
9  not grant Petitioner's request to amend or supplement the petition and the petition will be
10 returned to Petitioner.[1]
11    Based on the foregoing, it is HEREBY ORDERED that:
12    1.    The Clerk of Court is directed to return the amended petition for writ of habeas
13          corpus, lodged on October 7,2 005, to Petitioner.

15    IT IS SO ORDERED.
16    **Dated:    October 17, 2005**              **/s/ Dennis L. Beck**
      3b142a                                     UNITED STATES MAGISTRATE JUDGE

---

[1] Petitioner is advised, as previously stated herein, Findings and Recommendations were issued on October 6, 2005, and objections are due within thirty days from the date of service.