1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY JOSEPH CASTILLO, | CV F  04-6032 OWW DLB HC |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS DENYING PETITION FOR WRIT OF HABEAS CORPUS |
| v. | |
| WILLIAM DUNCAN, Acting Warden, | [Doc. 17] |
| Respondent. | |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On October 6, 2005, the Magistrate Judge issued Findings and Recommendation that the Petition for Writ of Habeas Corpus be DENIED.  This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.

    On November 17, 2005, Petitioner filed timely objections to the Findings and Recommendation.

    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, including Petitioner's objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is

supported by the record and proper analysis.[1]  Petitioner's objections present no grounds for questioning the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued October 6, 2005, is ADOPTED IN FULL;

2. The Petition for Writ of Habeas Corpus is DENIED;

3. Petitioner's motion for an extension of time to file an amended petition, filed February 7, 2006, is DENIED as MOOT, as the Court denied Petitioner's request to amend the petition on January 25, 2005; and

4. The Clerk of Court is directed to enter judgment in favor of Respondent.

IT IS SO ORDERED.

Dated:    **February 16, 2006**           /s/ Oliver W. Wanger
emm0d6                                    UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that with regard to Claims Three and Four of the petition being procedurally defaulted, Petitioner not only failed to demonstrate the inadequacy of the procedural bar, he also failed to demonstrate cause and prejudice or that a fundamental miscarriage of justice will result if the Court did not review the claims. However, in any event, the claims fail on the merits for the reasons explained in the Findings and Recommendations, at 12-16.)