UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

HENRY JOSEPH CASTILLO,

**ORDER RE: CERTIFICATE OF APPEALABILITY**

vs.

CV-F-04-6032 OWW/DLB HC

WILLIAM DUNCAN,

_____/

Judgment having been entered in this matter, any request for a Certificate of Appealability shall be:

_____   Granted for the following reason:

_____

_____

_____

_____

__X__   Denied for the following reason:

_No issue debatable among jurists of reason_
_was presented by petitioners petition for HC_

_____

Dated: 3-17-06

OLIVER W. WANGER
United States District Judge